United States Bankruptcy Court

Central District of California

In re:                                                                                          Case No. 24-13838-MH

Niqui Smith Douglas                                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                          User: admin                                            Page 1 of 2

Date Rcvd: Oct 15, 2024                  Form ID: 318a                                  Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2024:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | Niqui Smith Douglas, 12636 Pascal Ave, Grand Terrace, CA 92313-5946 |
| 42040859 | American Express Legal, 199 S Los Robles Ave Ste 450, Pasadena, CA 91101-4625 |
| 42040869 | Mortgage Servicer Center, 3000 Leadenhall Rd, Mount Laurel, NJ 08054 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| tr | + | EDI: QRWHITMORE.COM | Oct 16 2024 08:24:00 | Robert Whitmore (TR), 3600 Lime St Ste 616, Riverside, CA 92501-0933 |
| smg | | EDI: EDD.COM | Oct 16 2024 08:24:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Oct 16 2024 08:24:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42040858 | | Email/PDF: bncnotices@becket-lee.com | Oct 16 2024 04:49:17 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 42040860 | | EDI: CAPITALONE.COM | Oct 16 2024 08:24:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 42040861 | | Email/Text: bankruptcy@cavps.com | Oct 16 2024 04:36:00 | Cavalry SPV I, 1 American Ln Ste 220, Greenwich, CT 06831-2563 |
| 42040862 | | EDI: CITICORP.COM | Oct 16 2024 08:24:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 42040863 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 16 2024 04:36:00 | Department of Education, 121 S 13th St, Lincoln, NE 68508-1911 |
| 42040864 | + | EDI: DISCOVER | Oct 16 2024 08:24:00 | Discover Bank, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 42040865 | | EDI: CALTAX.COM | Oct 16 2024 08:24:00 | Franchise Tax Board, Personal Bankruptcy MS A340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42040866 | | EDI: IRS.COM | Oct 16 2024 08:24:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 42040867 | | EDI: JEFFERSONCAP.COM | Oct 16 2024 08:24:00 | Jefferson Capital Systems, 16 Mcleland Rd, Saint Cloud, MN 56303-2198 |
| 42040868 | | Email/Text: EBN@Mohela.com | Oct 16 2024 04:35:00 | MOHELA / Dept of Education, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 42040870 | + | EDI: SYNC | Oct 16 2024 08:24:00 | Synchrony / PayPal Credit, PO Box 965005, Orlando, FL 32896-5005 |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2024                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Benjamin Heston | on behalf of Debtor Niqui Smith Douglas bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Robert Whitmore (TR) | rswtrustee@yahoo.com  rwhitmore@ecf.axosfs.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Niqui Smith Douglas | Social Security number or ITIN   xxx–xx–5714 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN   _ _ _ _ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Central District of California | | |
| Case number:   6:24–bk–13838–MH | | |

# Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Niqui Smith Douglas

[include all names used by each debtor, including trade names, within
the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 10/15/24

**Dated:** 10/15/24

**By the court:** Mark D. Houle
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**11/AUTU**

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318–CACBdodb/CACodsc          **Order of Chapter 7 Discharge**          page 2